**CLAUSEN & SEVERSON**
Attorneys
**4510 Regent Street**
**Madison, Wisconsin 53705**
Tel. (608) 238-2728
Fax (608) 238-2733
clausen_severson@msn.com

**Raymond G. Clausen**
**H. Elizabeth Severson**

May 13, 2011

Mr. Peter Oppeneer
Clerk of Court
U.S. District Court

Re:   *Tassone et al. v. Ecolab et al.*
      Case No. 10-CV-359-wmc

Dear Mr. Oppeneer,

The parties resolved their differences yesterday at mediation.  We will submit a stipulation and order for dismissal in the near future.

Sincerely,

**s / R. Clausen**

Raymond G. Clausen

Cc:   Counsel of record, via ECF
      Mr. and Mrs. Tassone