UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

MICHAEL TASSONE and
GAIL TASSONE,

                Plaintiffs,

AMERICAN HOME ASSURANCE
COMPANY, HO-CHUNK HEALTH
FOUNDATION, INC., DEPARTMENT OF
HEALTH & HUMAN SERVICES
CENTERS FOR MEDICARE &
MEDICAID SERVICES,

                Involuntary Plaintiffs,

                v.

ECOLAB, INC.,

    Defendant and Third-Party Plaintiff,

               v.

PPG INDUSTRIES, INC.

                Third-Party Defendant.

ORDER

Case No. 10-cv-359-wmc

---

The court having been advised by counsel for the parties that the above-entitled action has been settled, this case is hereby dismissed. Any party may move to reopen for good cause shown.

Entered this 13th day of May, 2011.

                                          _____
                                          William M. Conley
                                          District Judge