UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

Michael and Gail Tassone

    Plaintiffs,

American Home Assurance Company

Ho-Chunk Health Foundation, Inc.

Department of Health & Human Services
Centers for Medicare & Medicaid Services
C/o Erik C. Peterson
United States Attorney
Western District of Wisconsin

    Involuntary Plaintiffs,

Vs.

Ecolab Inc.
    Defendant,

Vs.

PPG Industries, Inc.

    Third-Party Defendant.

Case No. 10-CV-359-wmc

---

### Third Party Proceeds Distribution Agreement

---

The plaintiffs, Ecolab Inc. and PPG Industries, Inc., have agreed to settle their differences for $52,000. Out of that total the plaintiffs and the American Home Assurance Company (the worker's compensation carrier involved in this case) agree to assign 4% ($2,080) to Gail Tassone for her claim for loss of consortium. The plaintiffs and the American Home Assurance Company agree to distribute the balance as follows (approximately in accordance with the distribution formula set forth in sec. 102.29, Wis. Stats.):

1

| | | |
|---|---|---|
| 1. | 49,920 | Total amount of third-party settlement available for distribution under sec. 102.29, Wis. Stats. |
| 2. | 16,640 | Attorney's fee |
| 3. | 14,430 | Costs of litigation |
| 4. | 6,330 | Slightly more than one-third of balance to employee |
| 5. | 12,520 | Balance to the American Home Assurance Company, as reimbursement for 68,065.14 in compensation and (to date) 10,753.81 in medical expense. |

_Michael Tassone_  Date: 5/25, 2011
Michael Tassone

_Gail Tassone_  Date: 5/25/200
Gail Tassone

_R. Clausen_  Date: May 23, 2011
Raymond Clausen
(Counsel for the Tassones)

_Blake W. Duerre_  Date: 5/20/2011
Blake Duérre
(Counsel for the American Home Assurance Company, aka AIG/Chartis)

------------------------------------------------------------

The settlement and distribution of proceeds as stated above are approved.

_William M. Conley_  Date: 6/7/2011
The Hon. William M. Conley, Chief Judge
U.S. District Court, Western District of Wisconsin

2